UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SIDNEY YARBROUGH, | No. 2:17-cv-1953-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On September 28, 2017, plaintiff filed a motion to amend his original social security complaint filed on September 20, 2017, to correct two inadvertent mistakes. (ECF No. 4.) Plaintiff's motion is GRANTED. Within fourteen (14) days of this order, plaintiff shall file a first amended complaint, which plaintiff shall then promptly serve on the Commissioner of Social Security in accordance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

This order resolves ECF No. 4.

Dated: October 2, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1