UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SIDNEY YARBROUGH,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:17-cv-1953-KJN<br><br><br><br>ORDER |

On January 3, 2018, the Commissioner lodged and served the administrative transcript in this matter. (ECF No. 8.) According to the court's scheduling order, plaintiff was required to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record. (ECF No. 3.) It appears that the 45-day deadline has now passed, and that plaintiff has yet to file a motion for summary judgment and/or remand.

On February 28, 2018, plaintiff filed a request for clarification as to how he should proceed with the case. (ECF No. 13.) As noted above, plaintiff is required to proceed with the case by filing a motion for summary judgment and/or remand, which should contain all of his arguments for why he believes the Commissioner's final decision was erroneous and should be reversed and/or remanded. Although the deadline for such a motion has already passed, the court finds it appropriate, in light of plaintiff's *pro se* status, to provide plaintiff with an extension to

file his motion for summary judgment and/or remand.

Additionally, the court notes that plaintiff has not yet indicated whether he consents to the jurisdiction of the undersigned for all purposes pursuant to 28 U.S.C. § 636(c). Importantly, plaintiff is under no obligation to so consent, but the consent/decline designation assists the court in determining how the action will be administratively processed. Therefore, the court orders plaintiff to also file a consent/decline designation along with his motion for summary judgment and/or remand.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for clarification (ECF No. 13) is GRANTED.
2. Plaintiff shall file his motion for summary judgment and/or remand no later than April 9, 2018. The deadlines for the filing of any opposition or reply briefs shall be as provided for in the operative scheduling order (see ECF No. 3).
3. Plaintiff shall file a consent/decline designation to the jurisdiction of a United States Magistrate Judge no later than April 9, 2018.
4. The Clerk of Court shall serve on plaintiff along with this order another copy of the court's scheduling order (ECF No. 3) as well as a blank form for consenting to/declining the jurisdiction of a United States Magistrate Judge.

Dated: March 13, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE